UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| ANNETTE M. VOORHIES | CIVIL ACTION NO. 21-cv-1341 |
| VERSUS | JUDGE SUMMERHAYS |
| U S COMMISSIONER SOCIAL SECURITY ADMINISTRATION | MAGISTRATE JUDGE WHITEHURST |

## J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objection filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the decision of the Commissioner is **AFFIRMED** and this matter is dismissed with prejudice.

THUS DONE AND SIGNED at Lafayette, Louisiana, this the 27th day of September, 2022.

UNITED STATES DISTRICT JUDGE